■ In the Matter of the Estate of IDA GOLDBERG, Deceased. ROBERT T. C. BREWSTER, Appellant; SANDRA DUBOWSKY et al., Respondents.—

632

Rabin, P. J., Hopkins, Latham, Shapiro and Brennan, JJ., concur.